B1 (Official Form 1)(12/11)

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor (if individual, enter Last, First, Middle):** <br> HRK Holdings, LLC | **Name of Joint Debtor (Spouse) (Last, First, Middle):** |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) <br> 72-1611726 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): <br> 13300 Highway 41 N. <br> Palmetto, FL <br> ZIP Code: 34221 | Street Address of Joint Debtor (No. and Street, City, and State): <br> ZIP Code: |
| County of Residence or of the Principal Place of Business: <br> Manatee | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> ZIP Code: | Mailing Address of Joint Debtor (if different from street address): <br> ZIP Code: |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | HRK Holdings, LLC |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: HRK Industries, LLC | Case Number: | Date Filed: |
| District: Middle District of Florida, Tampa Division | Relationship: Affiliate | Judge: |

| Exhibit A | Exhibit B (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>    Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

■ Yes, and Exhibit C is attached and made a part of this petition.
☐ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11) — Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | HRK Holdings, LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X _/s/ Barbara A. Hart_____
Signature of Attorney for Debtor(s)

**Barbara A. Hart, Bar No. 0512036**
Printed Name of Attorney for Debtor(s)

**Stichter, Riedel, Blain & Prosser, P.A.**
Firm Name

**110 E. Madison St.
Suite 200
Tampa, FL 33602**
Address

**(813) 229-0144  Fax: (813) 229-1811**
Telephone Number

**June 27, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**William F. Harley, III**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**June 27, 2012**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Form B1, Exhibit C**
**(9/01)**

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re    **HRK Holdings, LLC**                                          Case No.
                                                           Debtor(s)                  Chapter     **11**

## Exhibit "C" to Voluntary Petition

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**The Debtor owns real property in Manatee County (the "Property") that accommodates a phosphogypsum stack system, a portion of which is used as an alternate disposal area for the management of dredge materials pursuant to a contract with Port Manatee and as authorized under an administrative agreement with the Florida Department of Environmental Protection. The phosphogypsum and the dredge materials also contain contaminated water that has come into contact with phosphogypsum and the dredge materials and are collectively referred to as the "Materials".**

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**The Property is directly east of the entrance to Port Manatee adjacent to the east side of U.S. Highway 41. The business address is 13300 U.S. Highway 41, North, Palmetto, Manatee County, Florida 34221. The Debtor acquired the Property from the Chapter 7 trustee of Mulberry Phosphate Company, the parent of Piney Point Phosphates, Inc. ("Piney Point"). Until 2001, Piney Point owned and operated a fertilizer manufacturing plant, which was abandoned upon the filing of the Mulberry Chapter 7 case. A by-product of the fertilizer manufacturing process is phosphogypsum, which is stored in Gypstacks like the ones at the former Piney Point site. Phosphogypsum is a primary byproduct of the wet-acid process for producing phosphoric acid from phosphate rock. Gypstacks are large impoundments containing contaminated water that has come into contact with phosphogypsum. A portion of the Gypstacks on the Property is also used as an alternate disposal area for the management of dredge materials pursuant to a contract with Port Manatee and as authorized under an administrative agreement with the Florida Department of Environmental Protection. The dredge materials are sediments collected from the floor of Tampa Bay as part of Port Manatee's Berth 12 improvement project. In the current state of storage, the Materials do not constitute an immediate threat of imminent and identifiable harm to the public health or safety and are regularly monitored in the ordinary course of business. However, if the Materials are not properly monitored and maintained, or if a Gypstack failure occurs, the Materials may pose a risk to the environment in the future.**

```
Airport and Hillsborough, LLC
c/o John V. Quinlan, Esq.
601 12th St. West
Bradenton, FL 34205

Airport and Hillsborough, LLC
Attn:  Graham R. Reeder, Manager
7014 Buckeye Road
Palmetto, FL 34221

APAC Southeast, Inc.
c/o Steven Sprechman, Esq.
2775 Sunny Isles Blvd., #100
North Miami Beach, FL 33160

APAC Southeast, Inc.
900 Ashwood Parkway
Suite 700
Atlanta, GA 30338

Ardaman & Associates, Inc.
Attn:  Nadim F. Fuleihan, President
8008 S. Orange Ave.
Orlando, FL 32809

Ardaman & Associates, Inc.
c/o Curtis L. Brown, Esq.
Wright, Fulford, et al.
505 Maitland Ave., #1000
Altamonte Springs, FL 32701

Arsenal Group, LLC
21 Greene Avenue
Amityville, NY 11701

ASAP Rental
5377 McIntosh Road
Sarasota, FL 34233

Benchmark
1711 12th Street East
Palmetto, FL 34221

Blue Septic Tank
6119 17th Street
Bradenton, FL 34203

Case Engineering
5925 Imperial Parkway
Suite 226
Mulberry, FL 33860
```

CDM Constructors,Inc. / CDM Smith, Inc.
Attn: Paul Shea / John Manning, Pres.
One Cambridge Place
50 Hampshire Street
Cambridge, MA 02139

CDM Constructors,Inc. / CDM Smith, Inc.
c/o Michael Riley, Esq.
Gray Robinson, P.A.
301 S. Bronough St., Suite 600
Tallahassee, FL 32301

Clements Surveying, Inc.
509 8th Ave. W.
Palmetto, FL 34221

Comanco Env. Corp., The Comanco Group,
Comanco Construction Corp.
Attn: Mark Topp, Thomas Topp, Pres.
4301 Sterling Commerce Drive
Plant City, FL 33566

Comanco Env. Corp., The Comanco Group,
Comanco Construction Corp.
c/o Wm. Cary Wright, Esq.
4221 W. Boy Scout Blvd., Ste. 1000
Tampa, FL 33607

Easton Sales & Rentals, LLC
16750 Hilltop Park Place
Chagrin Falls, OH 44023

ECT
3701 NW 98th Street
Gainessville, FL 32606

Environmental Consulting & Tech., Inc.
Attn: Larry J. Danek, President
3701 NW 98th Street
Gainesville, FL 32606

Environmental Consulting & Tech., Inc.
c/o D. Spencer Mallard, Esq.
Lydecker Diaz
1221 Brickell Avenue, 19th Floor
Miami, FL 33131

FedEx
PO Box 5476
Mt. Laurel, NJ 08054

Florida Dept. of Env. Protection
c/o Jonathan H. Alden, Esquire
3900 Commonwealth Blvd., MS 35
Tallahassee, FL 32399-3000

Florida Dept. of Env. Protection
2600 Blair Stone Road
Tallahassee, FL 32399

Florida Dept. of Env. Protection
c/o Patricia A. Petruff, Esq.
The Riverview Center, Suite 300
1111 Third Avenue West
Bradenton, FL 34205

Florida Power & Light
c/o J.E. Leon, RA
4200 West Flagler Street
Miami, FL 33174

JP Giround
5837 North Ocean Boulevard
Ocean Ridge, FL 33435

Golson Legal
1724 E. 5th Avenue
Tampa, FL 33605

Graf Repeti
131 Sunnyside Boulevard
Suite 110
Plainview, NY 11803

Gulf Coast Bulk Equipment, Inc.
Attn: Richard D. Tager, President
13230 Eastern Avenue, Suite 5
Palmetto, FL 34221

William F. Harley III
21 Greene Avenue
Amityville, NY 11701

Hayward Baker, Inc.
6850 Benjamin Road
Tampa, FL 33634

International Salt Company
655 Northern Blvd.
Clarks Summit, PA 18411

J.T. Reeder Partners, LLLP
c/o John V. Quinlan, Esq., RA
601 12th St. West
Bradenton, FL 34205

Kleensoil
13838 Harlee Road
Palmetto, FL 34221

```
Logistec USA, Inc.
Attn:  Frank Vannelli, VP
300 Tampa Bay Way, Suite 2
Palmetto, FL 34221

Manatee County Port Authority
Administration Building
300 Tampa Bay Way, Suite 1
Palmetto, FL 34221

Manatee County Tax Collector
P.O. Box 25300
Bradenton, FL 34206

Manny's Bulk Express
3808 S. 66th Street
Tampa, FL 33619

Mayo Fertilizer, Inc.
Attn:  Michael Shaw
PO Box 357
Mayo, FL 32066

MC Weighing Systems, LLC
Attn: Richard Cohen, Manager
13500 Scale Avenue
Palmetto, FL 34221

MDT Personnel, LLC
17757 US Hwy. 19, #660
Clearwater, FL 33764

National Pump & Compressor, Ltd.
10120 Elizabeth Place
Tampa, FL 33619

Neff Rental, LLC
109 Bluegrass Ct.
Nokomis, FL 34275

Nortrax (John Deer Financial)
323 West Lakeside Avenue
Suite 200
Cleveland, OH 44113

Ian Peggs
6072 N. Ocean Boulevard
Ocean Ridge, FL 33435

Port Manatee Ship Repair
300 Tampa Bay Way
Palmetto, FL 34221
```

Premium Assignment Corp.
PO Box 3100
Tallahassee, FL 32315

Providence Logistics, Inc.
c/o James R. Mikes, Esq.
P.O. Box 24269
Tampa, FL 33623

Providence Logistics, Inc.
Attn: Joseph Mikes, President
460 E. W. Elm Park
Elmhurst, IL 60126

Providence Logistics, Inc.
3716 W. Roland Street
Tampa, FL 33609

Ramm Transport, Inc.
Attn:  Maren E. Cohen, President
5809 Sierra Crest Lane
Lithia, FL 33547

Regions Bank
100 N. Tampa St., #3100
Tampa, FL 33602

Regions Bank
c/o V. James Dickson, Esq.
150 Second Avenue N., 7th Floor
Saint Petersburg, FL 33701

Sahn Ward Coschignano & Baker, PLLC
333 Earle Ovington Boulevard
Suite 601
Uniondale, NY 11553

Seabiscuit Trucking, Inc.
P.O. Box 21303
Bradenton, FL 34204

Seabiscuit Trucking, Inc.
4208 38th Avenue East
P.O. Box 9320
Bradenton, FL 34208

Shaw Environmental, Inc.
Shaw Environmental & Infrastructure, Inc
Attn: George P. Bevan, President
4171 Essen Lane
Baton Rouge, LA 70809

```
Shaw Environmental, Inc.
Shaw Environmental & Infrastructure, Inc
c/o John H. Dannecker, Esq.
300 South Orange Ave., Suite 1000
Orlando, FL 32801

Snell Investments, LLC
c/o John V. Quinlan, Esq.
601 12th St. West
Bradenton, FL 34205

Snell Investments, LLC
Attn:  Randolph R. Snell, Manager
3228 8th Avenue North
Saint Petersburg, FL 33713

Spectrum Underground, Inc.
1876-B Barber Rd., #200
Sarasota, FL 34240

Tarmac America, LLC
455 Fairway Dr., #200
Deerfield Beach, FL 33441

Thatcher Chemical of Florida, Inc.
Attn: Craig N. Thatcher, President
1905 Fortune Road
Salt Lake City, UT 84104

Universal Engineering
1748 Independence Blvd.
Suie B-1
Sarasota, FL 34234

Verizon Florida, LLC
201 N. Franklin Street
Tampa, FL 33602

Waste Management
PO Box 105453
Atlanta, GA 30348

Water Elements
201 W. Christina Blvd.
Suite 3
Lakeland, FL 33813

Wiginton
699 Aero Lane
Sanford, FL 32771

Wright Express
PO Box 6293
Carol Stream, IL 60197
```

WRS Infrastructure & Environment, Inc.
Attn: John Hallisey, Esq., VP
221 Hobbs Street
Suite 108
Fort Lauderdale, FL 33324

Xylem Dewatering Solutions, Inc.
d/b/a Godwin Pumps of America
202 Winston Creek Pkwy.
Lakeland, FL 33810

Xylem DeWatering Solutions, Inc.
d/b/a Godwin Pumps of America
c/o Jason Sampson, Esq.
201 N. Franklin St., #2100
Tampa, FL 33602

Xylem DeWatering Solutions, Inc.
d/b/a Godwin Pumps of America
Attn: Grant Salstrom, President
84 Floodgate Road
Bridgeport, NJ 08014

Yargus Manufacturing, Inc.
Attn: Larry Yargus, President
12285 E. Main Street
Marshall, IL 62441