B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re  **HRK Holdings, LLC**  
                             Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Providence Logistics, Inc.**<br>c/o James R. Mikes, Esq.<br>P.O. Box 24269<br>Tampa, FL 33623 | **Providence Logistics, Inc.**<br>c/o James R. Mikes, Esq.<br>P.O. Box 24269<br>Tampa, FL 33623 | | | **250,000.00** |
| **ECT**<br>3701 NW 98th Street<br>Gainessville, FL 32606 | **ECT**<br>3701 NW 98th Street<br>Gainessville, FL 32606 | | | **66,688.00** |
| **APAC Southeast, Inc.**<br>c/o Steven Sprechman, Esq.<br>2775 Sunny Isles Blvd., #100<br>North Miami Beach, FL 33160 | **APAC Southeast, Inc.**<br>c/o Steven Sprechman, Esq.<br>2775 Sunny Isles Blvd., #100<br>North Miami Beach, FL 33160 | | | **60,062.76** |
| **Water Elements**<br>201 W. Christina Blvd.<br>Suite 3<br>Lakeland, FL 33813 | **Water Elements**<br>201 W. Christina Blvd.<br>Suite 3<br>Lakeland, FL 33813 | | | **50,000.00** |
| **Ian Peggs**<br>6072 N. Ocean Boulevard<br>Ocean Ridge, FL 33435 | **Ian Peggs**<br>6072 N. Ocean Boulevard<br>Ocean Ridge, FL 33435 | | | **49,675.00** |
| **Case Engineering**<br>5925 Imperial Parkway<br>Suite 226<br>Mulberry, FL 33860 | **Case Engineering**<br>5925 Imperial Parkway<br>Suite 226<br>Mulberry, FL 33860 | | | **45,266.00** |
| **Wiginton**<br>699 Aero Lane<br>Sanford, FL 32771 | **Wiginton**<br>699 Aero Lane<br>Sanford, FL 32771 | | | **38,687.00** |
| **Premium Assignment Corp.**<br>PO Box 3100<br>Tallahassee, FL 32315 | **Premium Assignment Corp.**<br>PO Box 3100<br>Tallahassee, FL 32315 | | | **27,410.73** |
| **Nortrax (John Deer Financial)**<br>323 West Lakeside Avenue<br>Suite 200<br>Cleveland, OH 44113 | **Nortrax (John Deer Financial)**<br>323 West Lakeside Avenue<br>Suite 200<br>Cleveland, OH 44113 | | | **26,167.00** |
| **Benchmark**<br>1711 12th Street East<br>Palmetto, FL 34221 | **Benchmark**<br>1711 12th Street East<br>Palmetto, FL 34221 | | | **23,062.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **HRK Holdings, LLC**  
                    Debtor(s)

Case No.

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Port Manatee Ship Repair** 300 Tampa Bay Way Palmetto, FL 34221 | **Port Manatee Ship Repair** 300 Tampa Bay Way Palmetto, FL 34221 | | | **18,112.00** |
| **Logistec USA, Inc.** Attn: Frank Vannelli, VP 300 Tampa Bay Way, Suite 2 Palmetto, FL 34221 | **Logistec USA, Inc.** Attn: Frank Vannelli, VP 300 Tampa Bay Way, Suite 2 Palmetto, FL 34221 | | | **17,500.00** |
| **Graf Repeti** 131 Sunnyside Boulevard Suite 110 Plainview, NY 11803 | **Graf Repeti** 131 Sunnyside Boulevard Suite 110 Plainview, NY 11803 | | | **15,000.00** |
| **JP Giround** 5837 North Ocean Boulevard Ocean Ridge, FL 33435 | **JP Giround** 5837 North Ocean Boulevard Ocean Ridge, FL 33435 | | | **10,591.00** |
| **ASAP Rental** 5377 McIntosh Road Sarasota, FL 34233 | **ASAP Rental** 5377 McIntosh Road Sarasota, FL 34233 | | | **9,377.00** |
| **Golson Legal** 1724 E. 5th Avenue Tampa, FL 33605 | **Golson Legal** 1724 E. 5th Avenue Tampa, FL 33605 | | | **7,869.00** |
| **Yargus Manufacturing, Inc.** Attn: Larry Yargus, President 12285 E. Main Street Marshall, IL 62441 | **Yargus Manufacturing, Inc.** Attn: Larry Yargus, President 12285 E. Main Street Marshall, IL 62441 | | | **7,245.00** |
| **Easton Sales & Rentals, LLC** 16750 Hilltop Park Place Chagrin Falls, OH 44023 | **Easton Sales & Rentals, LLC** 16750 Hilltop Park Place Chagrin Falls, OH 44023 | | | **5,649.60** |
| **Sahn Ward Coschignano & Baker, PLLC** 333 Earle Ovington Boulevard Suite 601 Uniondale, NY 11553 | **Sahn Ward Coschignano & Baker, PLLC** 333 Earle Ovington Boulevard Suite 601 Uniondale, NY 11553 | | | **5,000.00** |
| **Manny's Bulk Express** 3808 S. 66th Street Tampa, FL 33619 | **Manny's Bulk Express** 3808 S. 66th Street Tampa, FL 33619 | | | **4,107.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  HRK Holdings, LLC                                           Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 27, 2012**                     Signature  *[signature]*
                                                       **William F. Harley, III**
                                                       **Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.