UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| HRK HOLDINGS, LLC, | Case No. 8:12-bk-9868-KRM |
| HRK INDUSTRIES, LLC, | Case No. 8:12-bk-9869-KRM |
| Debtors. _____/ | Jointly Administered Under Case No. 8:12-bk-9868-KRM |

## NOTICE OF WITHDRAWAL

HRK HOLDINGS, LLC and HRK INDUSTRIES, LLC (the "**Debtors**"), hereby withdraw their *Emergency Motion for Authority to Sell Real Property Free and Clear of Liens at Auction and to Assume and Assign Certain Executory Contracts and Leases to Successful Bidder* (Doc. No. 654).

Dated: October 2, 2014

/s/ Barbara A. Hart
Scott A. Stichter (FBN 0710679)
Barbara A. Hart (FBN 0512036)
Stichter Riedel Blain & Prosser, P.A.
110 E. Madison St., Ste. 200
Tampa, FL 33602
Telephone:   813-229-0144
Facsimile:   813-229-1811
Email:   sstichter@srbp.com
         bhart@srbp.com
Attorneys for the Debtors

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing Notice of Withdrawal was furnished to all parties receiving electronic CM/ECF notice, on October 2, 2014.

                                     /s/ Barbara A. Hart
                                     Barbara A. Hart (FBN 0512036)